IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CR-00101-D-2

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | ORDER |
| NAZEER VICK | |

This matter is before the Court on Defendant's Motion to Seal Docket Entry 234 [DE 235]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 234 until further order of the court.

SO ORDERED. This  25  day of April, 2025.

James C. Dever III
United States District Judge